AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:18-mj-153 | 10/15/18 at aprox 1:53 pm | N/A |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

Google provided the data requested from the search warrant regarding the email account of Jimvallelunga@gmail.com.

53-4

FILED
JAN 1 6 2019
Matthew Thelen
CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/16/19

_____
Executing officer's signature

Special Agent John Barnes
*Printed name and title*